UNITED STATES of America, Plaintiff-Appellee,

v.

Colitha BUSH, a.k.a. Diane Lane, a.k.a. Diane Rice, Defendant-Appellant.

No. 17-13081
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(February 12, 2018)

Jonathan Colan, Emily M. Smachetti, U.S. Attorney Service—Southern District of Florida, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Colitha Patrice Bush, Pro Se

Before WILSON, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Stefanie Moon, appointed counsel for Colitha Bush in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bush's convictions and sentences are **AFFIRMED**.